IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LASHON BODDIE, | : |
| Plaintiff, | : |
| V. | : NO. 5:23-cv-00274-MTT-CHW |
| WASHINGTON, *et al.*, | : |
| Defendants. | : |

### ORDER

Plaintiff Lashon Boddie, a prisoner in Hancock State Prison in Sparta, Georgia, has filed a handwritten document that has been docketed as a 42 U.S.C. § 1983 civil rights complaint. Compl., ECF No. 1. He did not, however, use the required form for a § 1983 case. Therefore, if he wants to proceed with this action, Plaintiff is **ORDERED** to complete and return a 42 U.S.C. § 1983 form.

Additionally, Plaintiff has neither paid the $402.00 filing fee for a civil rights complaint nor filed a motion to proceed without prepayment of filing fee. A prisoner seeking to proceed *in forma pauperis* must submit (1) an affidavit in support of his claim of indigence, and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2). Without this documentation, the Court does not have sufficient information to resolve a motion to proceed *in forma pauperis*. *See id.* Thus, if he wishes to proceed in this action, Plaintiff is also **ORDERED** to either pay the $402.00 filing fee or file a proper and complete motion for leave to proceed *in forma pauperis*.

In light of the above, the Clerk of Court is **DIRECTED** to forward a copy of this order, a 42 U.S.C. § 1983 complaint form, and an application to proceed without prepayment of the filing fee, along with the proper account certification form (with the civil action number showing on all) to Plaintiff.  Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this order to complete these actions.   Plaintiff's failure to fully and timely comply with this order may result in the dismissal of his complaint.

There shall be no service in this case pending further order of the Court.

**SO ORDERED and DIRECTED**, this 4th day of August, 2023.

                                          s/ Charles H. Weigle
                                          Charles H. Weigle
                                          United States Magistrate Judge