IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LASHON BODDIE, | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00274-MTT-CHW |
| | * |
| WASHINGTON, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 21, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 21st day of December, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk